# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order of Court

**In Re:** David D. Meneses                **Case Number:** 15-13804                **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#59 Motion of Debtor for Sale of Property free and clear of liens under Section 363(f) Re: 582 Shawmut Avenue, New Bedford, MA (Thomas Benner)
#62 Response of Chapter 13 Trustee
#63 Response of Debtor to #62 (Thomas Benner)

(Objections/Higher Offers due by 1/23)

**OUTCOME:**

#59 ___Granted ___Denied ___Approved ___Sustained
___Denied ___Denied without prejudice ___Withdrawn in open court ___Overruled
___OSC enforced/released
___Continued to:_____ For:_____
___Formal order/stipulation to be submitted by:_____ Date due:_____
___Findings and conclusions dictated at close of hearing incorporated by reference
___Taken under advisement: Brief(s) due_____ From_____
                           Response(s) due_____ From_____
___Fees allowed in the amount of: $_____ Expenses of: $_____
___No appearance/response by:_____
_x_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

As no objections or higher offers were filed after proper notice, and upon consideration of the Response of the Chapter 13 Trustee and the Debtor's Response thereto, the Motion to Sell is allowed. The Debtor shall submit a proposed order in Word format to jnf@mab.uscourts.gov. The Court cancels the January 24, 2019 hearing.

IT IS SO NOTED:                                           IT IS SO ORDERED:

_____                                    *Joan N. Feeney* (signature)  Dated: 01/23/2019

Courtroom Deputy                                          Joan N. Feeney, U.S. Bankruptcy Judge